1058

THE STATE OF WASHINGTON, *Respondent*, v. LARDELL COURTNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03395-3, James R. Orlando, J., entered February 1, 2013. *Reversed* and *remanded* by unpublished opinion per Spearman, C.J., concurred in by Verellen and Trickey, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY A. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-02427-0, Kathryn J. Nelson, J., entered January 25, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Melnick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ANDREW LESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-04427-2, Frank E. Cuthbertson, J., entered March 15, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Maxa, J.

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN DANIEL KRAVETZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00175-1, Richard L. Brosey, J., entered May 17, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Maxa, J.